In the Matter of Acquiring Title by the CITY OF NEW
YORK to Certain Lands.

REALTY PROTECTIVE COMPANY, Appellant; JOHN T.
MURPHY, Respondent.

*Matter of City of New York (Avenue A)*, 146 App. Div. 125,
affirmed.
(Argued January 11, 1912; decided January 30, 1912.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
July 7, 1911, which reversed an order of Special Term
and granted petitioner's motion for an order directing
payment to him of an award heretofore made in con-
demnation proceedings.

*Isidor Wels* for appellant.

*Joseph W. Murphy* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER,
WILLARD BARTLETT, CHASE and COLLIN, JJ.